**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TRAMAINE D. JERNIGAN,

    Petitioner,

    v.                                                CV 10-701 MCA/CG

LAWRENCE JARAMILLO, et al.

    Respondents.

**ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME**

**THIS MATTER** is before the Court upon *Respondents' Motion for an Extension of Time to File an Answer* (Motion). (Doc. 9). The Court, being fully advised in this matter, finds Respondents' Motion to be well taken and will **GRANT** Respondents' Motion.

Respondents claim that, due to budget constraints and staff shortages, the Supreme Court of New Mexico will no longer provide copies of case files to counsel and that Respondents have therefore been unable to secure the necessary documentation with which to craft an Answer in a timely fashion. (Doc. 6 at 2). Respondents request a forty-three day extension so that they might obtain the necessary records. The Court finds this request to be reasonable.

**IT IS THEREFORE ORDERED** that *Respondents' Motion for an Extension of Time to File an Answer* (Doc. 9) be **GRANTED** and that Respondents shall have until October 29th, 2010, to file an Answer.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE