IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAMAINE D. JERNIGAN,

       Petitioner,

       v.                                                                   CV 10-701 MCA/CG

LAWRENCE JARAMILLO, et al.

       Respondents.

### ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon Petitioner's *Motion for Extension of Time*. (Doc. 14). Petitioner seeks an extension of the deadline to file objections to this Court's Proposed Findings and Recommended Disposition. (Doc. 13). Petitioner's objections to the PFRD were originally due on January 14, 2011. Petitioner states that he was unable to file the objections in a timely manner because of an eight day delay between the filing of the PFRD and his receipt thereof. (Doc. 14 at 1). Petitioner also delayed preparing objections because he was under the mistaken assumption that he was being appointed counsel and that his attorney would file the objections. (*Id*. at 1-2). Petitioner therefore requests an extension of time to file his objections. The Court finds this request to be reasonable.

**IT IS THEREFORE ORDERED** that Petitioner's *Motion for Extension of Time* (Doc. 14) be **GRANTED**. Petitioner shall have twenty-one (21) days from the entry of this Order to file his objections.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE