IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TREMAINE D. JERNIGAN,

        Petitioner/Appellant,

v.                         No. 1:10-cv-00701-MCA -CG

LAURENCE JARAMILLO, et al.,

        Respondents/Appellee.

## ORDER

**THIS MATTER** having come before the Court upon Tremaine Jernigan's Motion for leave to Proceed on Appeal Without Prepayment of Costs or Fees. (Doc. 28). The Court, having reviewed the Motion and otherwise being fully advised in the premises, **FINDS** the Motion to be well-taken.

    **IT IS THEREFORE ORDERED** that the motion is hereby granted and Tremaine Jernigan, may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE